UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are **not** confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 18-35592 |
| District Court/Agency Case Number(s): | 3:17-cv-01791-YY |
| District Court/Agency Location: | District of Oregon |
| Case Name: | Daniel Walker, et al. v. Fred Meyer, Inc. |
| If District Court, docket entry number(s) of order(s) appealed from: | Dkt. 47 |
| Name of party/parties submitting this form: | Daniel Walker |

Please briefly describe the dispute that gave rise to this lawsuit.

Appellant Walker alleges that Defendant Fred Meyer serially violates the Fair Credit ReportingAct, 15 U.S.C. § 1681 ("FCRA") by failing to provide a stand-alone disclosure and authorization form to its job applicants and employees before it procures consumer reports. Specifically, Fred Meyer's disclosure contains information regarding the nature and scope of an investigative consumer report that may be procured and other extraneous information such that the consumer report disclosure mandated by 15 U.S.C. § 1681b(b)(2)(i) cannot be said to "stand alone" as required. Walker further alleges that Fred Meyer violates the FCRA's pre-adverse action procedures.

Briefly describe the result below and the main issues on appeal.

The District Court dismissed Walker's Class Action Complaint for failure to state a claim. The primary issue on appeal is whether Walker did in fact sufficiently state a claim.

Describe any proceedings remaining below or any related proceedings in other tribunals.

N/A

**Provide any other thoughts you would like to bring to the attention of the mediator.**

Walker is willing to pursue a class-wide resolution of this case, but does not believe Fred Meyer is interested in discussing a class settlement at this time.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

[x] a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

[x] I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: s/ Patrick H. Peluso

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: Plaintiff-Appellant Daniel Walker

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **File this document electronically** in Appellate ECF by choosing Forms/Notices/Disclosure > File a Mediation Questionnaire.

## CERTIFICATE OF SERVICE AND SERVICE LIST

I am a resident of the State of Colorado, over the age of eighteen years old, and am not a party to this lawsuit. My business address is 3900 E. Mexico Avenue, Suite 300, Denver, Colorado 80210. I HEREBY CERTIFY that on the 28th day of July 2018, I filed the foregoing **MEDIATION QUESTIONNAIRE** electronically through the CM/ECF system, which caused the following counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**J. Michael Porter**
Miller Nash Graham & Dunn LLP
111 SW Fifth Avenue
Suite 3400
Portland, OR 97204
503-224-5858
Fax: 503-224-0155
Email: mike.porter@millernash.com

**Taylor D. Richman**
Miller Nash Graham & Dunn LLP
111 SW Fifth Avenue
Suite 3400
Portland, OR 97204
503-224-5858
Fax: 503-224-0155
Email: taylor.richman@millernash.com

**Michael Baringhaus Mattingly**
Dinsmore & Shohl LLP
255 E. Fifth Street
Suite 1900
Cincinnati, OH 45202
513-977-8397
Fax: 513-977-8141
Email: Michael.mattingly@dinsmore.com

**Faith C. Whittaker**
Dinsmore & Shohl LLP
255 E. Fifth Street
Suite 1900

Cincinnati, OH 45202
513-977-8491
Fax: 513-977-8141
Email: faith.whittaker@dinsmore.com

I declare that the foregoing is true and correct.

/s/ Patrick H. Peluso

2